## IN THE UNITED STATES DISTRICT COURT
## FOR THE DISTRICT OF NEW MEXICO

TARA FORD as court appointed
Guardian ad Litem for
VANESSA S.,

       Plaintiff,

vs.	No. CIV-10-01253 WDS/ACT

ROSA HUNNICUTT, in her individual capacity,
KENNETH WALTER HUNNICUTT, in his individual capacity,
CHERYL DUNFEE, in her individual capacity,
ANN HOLMES, in her individual capacity,
SUSAN DRAKE, in her individual capacity,
REBECCA HAWES, in her individual capacity,
YOLANDA BRIONES, in her individual capacity,
ELENA VELASCO, in her individual capacity,
DEAN MCDOUGAL, in his individual capacity,
CHILDREN, YOUTH & FAMILIES DEPARTMENT,
and WILLIAM DUNBAR in his official capacity
as Secretary of the New Mexico Children, Youth,
& Families Department,

       Defendants.

### ORDER

This matter comes before the Court on Plaintiff's Motion for Extension of Time to Respond to Written Discovery Submitted by Defendants CYFD and William Dunbar, and Social Worker Defendants [Doc. 113] and Defendants Dunfee, Briones and Velasco's Response to Plaintiff's Motion for Extension of time to Respond to Written Discovery Submitted by Defendants CYFD and William Dunbar and Social Worker Defendants [Doc. 126].

This Motion is denied as moot.

IT IS SO ORDERED.

_____
Alan C. Torgerson
United States Magistrate Judge